JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:21-cv-01800-JDE | Date | October 3, 2022 |
|---|---|---|---|
| Title | Malka Sabri v. Walmart, Inc., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order Vacating Pending Dates and Administratively Closing Case Per Parties' Notice of Settlement (Dkt. 18)

On October 3, 2022, Plaintiff filed a Notice of Settlement of Entire Case, advising that the parties reached a settlement of the case and requesting that the Court vacate all current dates set in the case, with the parties to execute and file a stipulation of dismissal upon the completion and execution of a settlement agreement. Dkt. 18 ("Request").

The Court GRANTS the Request (Dkt. 18), vacates all current dates and deadlines in the action, and directs the Clerk's Office to administratively close the case (JS-6). Counsel for Plaintiff is ORDERED to, within 60 days of the date of this Order, file either a (1) Stipulation of Dismissal or (2) a Request to Reopen the Case, with the Court retaining jurisdiction to reopen the case for 60 days. The parties are advised that if the Court, upon request, reopens the case, it is likely to reinstate the existing trial date and attendant dates and deadlines, none of which will have run 60 days from the date of this Order.

IT IS SO ORDERED.

Initials of Clerk    JD for MB